UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABRAHAM AUSTIN,<br><br>　　　　　　Petitioner,<br>　　v.<br>WARDEN BILL GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00346-MMD-CBC<br><br>ORDER |

Petitioner Abraham Austin has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1-1). However, he has not either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); LSR 1-2.

It is therefore ordered that within 30 days of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

It is further ordered that failure to do so may result in the dismissal of this action without prejudice.

DATED THIS 22nd day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE