# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABRAHAM AUSTIN,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BILL GITTERE, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00346-MMD-CLB<br><br>ORDER |

　　　　　This Court previously reviewed Petitioner Abraham Austin's 28 U.S.C. § 2254 habeas corpus petition and directed the Clerk of Court to serve it on Respondents. (ECF No. 5).

　　　　　The Court also denied Petitioner's motion for appointment of counsel because the Petition clearly presents the issues that he wishes to raise, and the legal issues do not appear to be particularly complex. (*Id.* at 2.) *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), *cert. denied*, 481 U.S. 1023 (1987). Petitioner has filed another motion for appointment of counsel. (ECF No. 14.) The Court reminds Petitioner that there is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to appoint counsel is generally discretionary. *Chaney*, 801 F.2d at 1196; *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir 1984). Petitioner's second motion for counsel consists of a form motion and this Court's screening order (ECF No. 5), but it sets forth no additional bases that warrant appointment of counsel. (ECF No. 14.) Petitioner's second motion for the appointment of counsel is denied.

It is therefore ordered that Petitioner's motion for appointment of counsel (ECF No. 14) is denied.

It is further ordered that Respondents' motion for extension of time to file a response to the Petition (ECF No. 12) is granted. Respondents shall file their responsive pleading on or before January 3, 2020.

DATED THIS 18th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE